Case: 26-40042 Document: 66-2 Page: 1 Date Filed: 08/07/2026

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 7, 2026

Lyle W. Cayce
Clerk

No. 26-40042

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

EDWIN IGLESIAS,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:20-CR-382-28

CLERK'S OFFICE:

Under 5TH CIR. R.42.3, the appeal is dismissed as of August 7, 2026, for want of prosecution. The appellant failed to timely comply with the court's notice of June 10, 2026. Appellant was required to retain counsel, move for appointment of counsel or unequivocally advise of his intent to proceed pro se.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: ________________________
Angelique B. Tardie, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT